IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| BILLIE JOE CHAPMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BELINDA PARRY-JONES, et al.,<br><br>Defendants. | No. C14-0109<br><br>ORDER DENYING MOTION TO VIEW EXHIBITS |

This matter comes before the Court on the Motion for this Court Judge to View Exhibits A Through J in Camera, and to Add Exhibits to this Case with Leave; Motion for Extension of Time to Appeal if Needed (docket number 7) filed *pro se* by Plaintiff Billie Joe Chapman on October 17, 2014.[1]

After receiving permission to proceed *in forma pauperis*, Chapman filed a complaint on October 1, 2014, alleging that he was sexually assaulted by an officer while he was an inmate at the Fort Dodge Correctional Facility on May 19, 2012. On October 20, the Defendants filed a motion to dismiss, asserting that Plaintiff's claim is barred by the statute of limitations. The motion to dismiss is pending before Judge Edward J. McManus.

In his instant motion, Chapman asks the Court to view Exhibits A through J "*in camera.*" The Court notes, however, that the exhibits were attached to the instant motion and, according to the motion, Chapman has provided a copy to the Attorney General's office. Exhibits A through J consist of reports from the Department of Corrections, a letter from the Assistant State Ombudsman, and copies of documents which Chapman

---

[1] The Court notes parenthetically that this motion was also filed in case number 14-cv-0093. However, that case has been dismissed.

apparently filed in the Iowa District Court for Webster County. Chapman does not state what purpose he believes the Court should make of the exhibits.

The Court finds that the motion to view exhibits *in camera*, filed on October 17, should be denied. Chapman is advised, however, that he must file a timely response to the motion to dismiss filed by Defendants on October 20.

## ORDER

IT IS THEREFORE ORDERED that the Motion to View Documents *in Camera* (docket number 7) is **DENIED**.

DATED this 22nd day of October, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA