# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| BILLIE JOE CHAPMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BELINDA PARRY-JONES, et al.,<br><br>Defendants. | No. 14cv109 EJM<br><br>ORDER |

This matter is before the court on defendants' resisted motion to dismiss, filed October 20, 2014. Dismissed.

Plaintiff is a prisoner presently confined in the Newton Correctional Facility. In this action pursuant to 42 USC §1983 he asserts that he was assaulted by a staff member while at the Ft. Dodge Correctional Facility, and thus was denied his constitutional rights. Jurisdiction under 28 USC §1331.

The complaint alleges that the assault occurred on May 19, 2012. The complaint was filed on October 1, 2014, according to the court's docket. The complaint however is also marked received on July 24, 2014. This may be due to when a complaint was received in an earlier identical action filed without a filing fee or motion for in forma pauperis status by the same plaintiff alleging the same facts, 14cv93 EJM.

In either case, the statute of limitations bars this action. The Eighth Circuit has held that 1983 actions such as this alleging assault are governed by the two-year statute of limitations for assault in Iowa Code §614.1(2). Wycoff v. Menke, 773 F.2d 983 (8th Cir. 1985) *cert. denied* 475 U.S. 1028 (1986.) The complaint was filed after the expiration of this two year time period, even using the earlier July 24, 2014 date.

It is therefore

ORDERED

Dismissed.

November 4, 2014

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT